BEFORE THE FIRST DIVISION, MAY 23, 1950

**No. 54343.**—Bourjois, Inc. *v.* United States, protest 142848–K (New York).

Opinion by MOLLISON, J. It was stipulated that the issues and facts herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as not landed were not in fact landed. In accordance with stipulation of counsel and following the decision cited it was held that case No. 498 was not imported. The claim for allowance of the duties assessed thereon was therefore sustained.